UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| EXPRESS CONVENIENCE STORES, INC., | ) | NO. 09-71862 |
| | ) | |
| Debtor. | ) | |

APPLICATION FOR FINAL COMPENSATION

THOMAS E. LAUGHLIN, Attorney for the Debtor in Possession, submits his Application for Fees and Expenses pursuant to Section 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

1. As more fully set forth in the Motion to Withdraw as Counsel, the purpose for this serial Chapter 11 filing was simply to accomplish for the sale of all the corporate assets free and clear of liens to a prospective buyer. That sale did not come to pass and very little work was done.

2. Prior to filing the case I was provided with the filing fee plus $5,000.00 retainer. Prior to filing the case, I was paid $2,368.00 for work done pre-petition and the filing fee was paid.

3. Attached hereto as Exhibit A is an invoice, including through the Court hearing on June 10, 2009. In addition, time incurred seeking payment of compensation is one hour for the preparation of this Application, Notices of Hearing and sending of Notices, plus one hour for hearing on this Application on July 1, 2009.

4. Therefore, the amount requested is $1,650.00.

WHEREFORE, Applicant prays that he be awarded $1,650.00 for services rendered and that he be allowed to pay the same from the amount received as retainer.

                                                    _/s/ Thomas E. Laughlin_
                                                    THOMAS E. LAUGHLIN, Applicant

THOMAS E. LAUGHLIN
Attorney at Law
6833 Stalter Drive – Suite 204
Rockford, IL 61108
Telephone: 815-316-3038
Facsimile: 815-316-3039

THOMAS E. LAUGHLIN

6833 Stalter Drive
Suite 204
Rockford, IL 61108

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2009 | 158 |

**Bill To**

Express Convenience Stores, Inc.
P.O. Box 5405
Rockford, IL  61125

FEIN: 35-2349551

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/6/2009 | Re-file certain documents as requested by the Clerk; | 0.2 | 250.00 | 50.00 |
| 5/7/2009 | Telephone conference with Tom Lester regarding the proposed sale of the real estate; | 0.3 | 250.00 | 75.00 |
| 5/8/2009 | Telephone conference with George Romero regarding proceedings before the Illinois Department of Revenue; | 0.3 | 250.00 | 75.00 |
| 5/18/2009 | Telephone conference with Steve Brooks of Road Ranger regarding sale or lease of the building and the business; | 0.2 | 250.00 | 50.00 |
| 5/18/2009 | Telephone conference with Jorge Romero regarding status; | 0.3 | 250.00 | 75.00 |
| 5/18/2009 | Telephone conference with buyer regarding deal to purchase real estate and operating company; | 0.3 | 250.00 | 75.00 |
| 5/19/2009 | Telephone conference with Attorney Lacy, counsel for the proposed buyer; | 0.3 | 250.00 | 75.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # |
|---|---|
| 815-316-3038 | 815-316-3039 |

Page 1

**EXHIBIT A**

THOMAS E. LAUGHLIN

6833 Stalter Drive
Suite 204
Rockford, IL 61108

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2009 | 158 |

**Bill To**

Express Convenience Stores, Inc.
P.O. Box 5405
Rockford, IL 61125

FEIN: 35-2349551

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/26/2009 | Telephone conference with U.S. Trustee's Office regarding schedules and statement of financial affairs; | 0.2 | 250.00 | 50.00 |
| 5/26/2009 | Telephone conference with propose buyer regarding inability to contact Jorge Romero and try to locate Jorge; | 0.3 | 250.00 | 75.00 |
| 5/26/2009 | Prepare Motion to Withdraw as Counsel; | 0.5 | 250.00 | 125.00 |
| 5/27/2009 | Review Jerome, Inc. docket for existence of contract to sell the real estate in that case and attempt to contact Jorge Romero; | 0.3 | 250.00 | 75.00 |
| 6/3/2009 | Telephone conference with Attorney John Dowat regarding status of the Chapter 11 and my dealings with Jorge Romero; | 0.3 | 250.00 | 75.00 |
| 6/10/2009 | Court appearance; | 1 | 250.00 | 250.00 |

| | |
|---|---|
| **Total** | $1,125.00 |
| **Payments/Credits** | $-4.00 |
| **Balance Due** | $1,121.00 |

| Phone # | Fax # |
|---|---|
| 815-316-3038 | 815-316-3039 |

Page 2